UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL EMS INSTITUTE INC., ) | |
| ) | CIVIL ACTION NO.: 1:17-cv-10366-GAO |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NEW ENGLAND MEDICAL ) | |
| TRAINING INSTITUTE, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), please enter the withdrawal of my appearance herein as attorney for Plaintiff National EMS Institute Inc. in the above-entitled action. Attorneys Catherine Rajwani and Lucia Passanisi of the Harbor Law Group will continue to represent National EMS Institute Inc. in this matter.

Respectfully submitted,

*/s/ Scott E. Regan*_____
Scott E. Regan (BBO# 681986)
regan@harborlaw.com
THE HARBOR LAW GROUP
300 West Main Street, Bldg. A, Unit 1
Northborough, MA 01532
Phone: (508) 393-9244
August 10, 2017                Fax: (508) 393-9245

**Notice of Withdrawal – Page 1**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. In addition, an electronic copy will be provided to National EMS Institute Inc.

*/s/ Scott E. Regan*